UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1405 PSG (DTBx) | Date | July 11, 2011 |
|---|---|---|---|
| Title | Monica Soto v. Wells Fargo Bank, N.A., *et al*. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings:**      **(In Chambers) Order DISMISSING case**

        On May 6, 2011, the Court issued an Order dismissing Plaintiff Monica Soto's ("Plaintiff") Complaint against Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Federal Home Loan Mortgage Corp. ("Freddie Mac") (collectively, "Defendants") for failure to state a claim upon which relief could be granted. *See* Dkt. # 23 (May 6, 2011). Plaintiff was instructed to file an amended pleading in accordance with this Order by May 27, 2011 to avoid dismissal of the claims with prejudice. *Id.*

        Subsequently, on June 8, 2011, the Court granted Plaintiff's request for an extension of the deadline to file an amended pleading until Friday, June 17, 2011. *See* Dkt. # 26 (June 8, 2011). As of July 11, 2011, Plaintiff has yet to file an amended pleading in accordance with the Court's May 6, 2011 Order. Accordingly, the Court DISMISSES her Complaint with prejudice.

    **IT IS SO ORDERED.**